# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA GAINESVILLE DIVISION

**DEMETRIUS JOHNSON,**

    **Plaintiff,**

**v.**                                                        **Case No. 1:22-cv-200-AW-ZCB**

**NAPHCARE et al.,**

    **Defendants.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

In a September 23 report and recommendation (ECF No. 4), the magistrate judge recommends transfer based on the § 1404(a) factors. There has been no objection. Having considered the matter, I agree with the report and recommendation and will order the transfer.

The report and recommendation is adopted and incorporated into this order. The clerk will take the necessary steps to transfer this case to the United States District Court for the Middle District of Florida. The clerk will then close the file.

SO ORDERED on October 24, 2022.

                                                s/ *Allen Winsor*
                                              United States District Judge